IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>ERSKINE JACKSON          ) | CRIMINAL ACTION NO.<br>2:08cr107-MHT<br>(WO) |

## OPINION

Upon consideration of the recommendation of the Retroactivity Screening Panel (doc. no. 48) and after an independent and de novo review of the entire record, the court is of the opinion, for the reasons set forth in the recommendation, that the recommendation should be followed and defendant Erskine Jackson's sentence reduced.

An appropriate judgment will be entered.

DONE, this the 14th day of January, 2013.

                                             /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE